WELKER et al. v. NEW YORK EL. R. CO. et al.

(Supreme Court, Appellate Division, First Department. April 24, 1896.)

Appeal from special term, New York county.

Action by Babette Welker and others against the New York Elevated Railroad Company and another to recover damages for construction and operation of defendants' elevated railroad in front of plaintiffs' premises, No. 1297 Third avenue, and for an injunction. There was a judgment in favor of plaintiffs, and defendants appeal. Modified.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, WILLIAMS, and PATTERSON, JJ.

Julian T. Davies and James G. McMurry, for appellants.
W. G. Peckham, for respondents.

BARRETT, J. For the reasons assigned in the case of Oehler v. Same Defendants, 38 N. Y. Supp. 1047, the judgment herein shoud be modified by deducting therefrom the sum of $75 erroneously allowed to Welker as damages, and, as modified, affirmed, without costs of this appeal to either party. All concur.